```
                                          FILED
                                      U.S. DISTRICT COURT
                                        SAVANNAH DIV.

         IN THE UNITED STATES DISTRICT COURT FOR 2012 JUL 16 PM 2:14
              THE SOUTHERN DISTRICT OF GEORGIA
                     WAYCROSS DIVISION    CLERK_____
                                          SO. DIST. OF GA.
```

FRANKLIN L. WILLIAMS,            )
                                 )
     Petitioner,                 )
                                 )
v.                               )     CASE NOS. CV512-40
                                 )               CR506-14
UNITED STATES OF AMERICA,        )
RICHARD M. DARDEN,               )
                                 )
     Respondents.                )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). After a careful de novo review of the record in this case, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's § 2255 Petition is **DISMISSED**.[1] The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in certain matters unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the

---

[1] As a result, Petitioner's "Motion to Appoint Counsel" (Doc. 7) is **DISMISSED AS MOOT**.

Court finds no issues in this case that merit a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 16th day of July 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA