FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2002 JUL 16 R PM 2: 14

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

UNITED STATES OF AMERICA,
RICHARD M. DARDEN,

    Respondents.

CASE NOS. CV512-40
          CR506-14

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). After a careful de novo review of the record in this case, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's § 2255 Petition is **DISMISSED**.[1] The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in certain matters unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the

---

[1] As a result, Petitioner's "Motion to Appoint Counsel" (Doc. 7) is **DISMISSED AS MOOT**.

Court finds no issues in this case that merit a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 16th day of July 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA